UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY NYSTROM on behalf of himself, and on behalf of all others similarly situated,,

Plaintiffs,

v.

CITY OF VACAVILLE and DALE PFEIFFER, Director of the Department of Public Works of the City of Vacaville, or his successor, in his Official Capacity,

Defendants.

NO. CIV. S 04-0330 MCE PAN

ORDER

----oo0oo----

This is a class action, brought pursuant to both California state laws and the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 to 12103 to challenge pedestrian rights of way afforded within the City of Vacaville to persons with mobility disabilities.  Plaintiff's initial complaint was filed on February 17, 2004.  By Pretrial (Status) Scheduling Order

1

("Scheduling Order") dated June 14, 2004, the Court established a deadline of August 27, 2004 for conducting discovery. Pursuant to stipulation of the parties, that discovery deadline was continued on two subsequent occasions, most recently to May 30, 2005. Other deadlines associated with the case were similarly extended. By Minute Order dated October 20, 2004, the Court advised the parties that no additional requests to modify the operative Scheduling Order would be entertained.

The parties have now filed a Joint Motion for Modification of the Pretrial Scheduling Order on grounds that they are close to settling the case, and that having to comply with deadlines for moving the case forward would distract from those ongoing efforts. Significantly, the parties have attached to their Joint Motion a twenty-one (21) page Draft Settlement Agreement. They have explained that not only must outstanding issues relating to that agreement be finalized, but that the final agreement must also be submitted to the Vacaville's City Council for approval. The parties have asked for time to effectuate settlement in that regard without also having to simultaneously litigate the case.

While the Court continues to have a strong interest in moving this matter forward as expeditiously as possible, and although it previously indicated that no further extensions would be forthcoming in view of that interest, the parties have produced evidence that serious settlement negotiations are occurring which have a strong likelihood of resolving this litigation in its entirety. Given that showing, the parties have shown good cause for modifying the current Scheduling Order and

2

1  the instant motion is hereby GRANTED.[1]  The Court will issue,
2  concurrently with the filing of this Order, an amended Pretrial
3  (Status) Scheduling Order setting forth, *inter alia*, the new
4  deadlines applicable to this case.

6      IT IS SO ORDERED.

8  DATED: September 7, 2005

   _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument.  E.D. Local Rule 78-230(h).

3