UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY NYSTROM on behalf of himself and on behalf of all others similarly situated,

    Plaintiffs,

    v.

CITY OF VACAVILLE and DALE PFEIFFER, Director of the Department of Public Works for the City of Vacaville, or his successor, in his official capacity,

    Defendants.
_____/

No. 2:04-cv-0330-MCE-PAN

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the attorney for Plaintiffs, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents or further Joint Status Report are to be filed on or before July 3, 2006.

///

///

---

[1] In light of the Court's Order Re: Settlement and Disposition, the May 22, 2006 Final Pretrial Conference and the July 19, 2006 Jury Trial are vacated.

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4  IT IS SO ORDERED.
5 DATED: May 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE