MELISSA W. KASNITZ (SBN 162679)
KEVIN KNESTRICK (SBN 229620)
DISABILITY RIGHTS ADVOCATES
449 Fifteenth Street, Suite 303
Oakland, California 94612
Telephone:	(510) 451-8644
Facsimile:	(510) 451-8511
TTY:	(510) 451-8716
Email:	general@dralegal.org

Attorneys for Plaintiffs

EUGENE B. ELLIOT
BERTRAND, FOX & ELLIOT
The Waterfront Building
2478 Hyde Street
San Francisco, CA 94109
Telephone:	(415) 353-0999
Facsimile:	(415) 353-0990
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY NYSTROM on behalf of himself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VACAVILLE and DALE PFEIFFER, Director of the Department of Public Works of the City of Vacaville, or his successor, in his Official Capacity,<br><br>Defendants. | No. 2:04-cv-0330-MCE-PAN<br><br>**ORDER CERTIFYING SETTLEMENT CLASS AND GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** |

WHEREAS, the above-captioned action is pending before this Court and is pled as a class action; and

WHEREAS, the parties have applied to this Court through a joint motion for an order (1) certifying a class for settlement purposes; (2) granting preliminary approval of the proposed Settlement Agreement; (3) directing Notice to the proposed settlement class; and (4) establishing deadlines for the filing of objections with the Court and setting a date for a fairness hearing. The Court having read and considered the parties' Joint Motion, the accompanying Settlement Agreement and all supporting documents and exhibits annexed thereto:

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court hereby conditionally certifies the injunctive settlement class for settlement purposes. The class definition set forth in the parties' Joint Motion is approved as meeting the requirements of Rule 23(b)(2). The settlement class shall be defined as:

> All persons with mobility and/or vision disabilities who seek full and equal access pertaining to curb cuts and sidewalks in the City of Vacaville's pedestrian rights of way.

2. Named Plaintiff Gary Nystrom is hereby appointed and designated as the representative of the settlement class. Disability Rights Advocates is hereby appointed and designated as counsel for the Named Plaintiff and the settlement class ("Class Counsel"). Class Counsel is authorized to act on behalf of settlement class members with respect to all acts or consents required by or which may be given pursuant to the Agreement, and such other acts reasonably necessary to finalize the Agreement. Any settlement class member may enter an appearance through counsel of such member's own choosing and at such member's own expense. Class Counsel will represent any settlement class member who does not enter an appearance or appear on his or her own.

3. The Court finds on a preliminary basis that the Settlement Agreement between the class and the City of Vacaville is fundamentally fair, adequate, and reasonable and within the range of possible approval. The Agreement appears to have been reached as the result of intensive, prolonged, serious and non-collusive arms length negotiations. Preliminary approval of the Settlement Agreement is hereby granted.

1

Final approval of the Settlement Agreement will be determined at a Fairness Hearing pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

4. The Court hereby approves, as to the form and content, the proposed Notice, attached as Exhibit A to the Settlement Agreement. The Court finds that distribution of the Notice according to the terms of the Settlement Agreement meets the requirements of Due Process and Rules 23(c)(2) and 23(e) of the Federal Rules of Civil Procedure. The City of Vacaville shall provide Notice to the class within 30 days of the date of this Order. No later than 5 court days before the Fairness Hearing the City shall file a sworn statement evidencing compliance with the Notice provisions of the Agreement.

5. A Fairness Hearing shall be held before this Court within ninety (90) days of the issuance of this Order, in the United States District Court for the Eastern District of California, located at 501 "I" Street, Sacramento, California. At the Fairness Hearing the Court will determine all necessary matters concerning final approval of the Agreement, including whether the proposed Settlement Agreement is fair, adequate and reasonable and whether the injunctive relief is fair adequate and reasonable to settlement class members.

6. Members of the settlement class may not opt out of the Settlement Agreement. Settlement class members shall be bound by all determinations of the Court regarding the form and scope of injunctive relief addressed in the Agreement whether favorable or unfavorable.

7. Members of the Settlement Class may register their written objections to the settlement or request to appear at the Fairness Hearing by filing their written objections or request to appear with the Clerk of the Court, postmarked no later than 60 days from the date of this Order. A written copy of such objections or request to appear shall also be sent to Class Counsel. Members of the Settlement Class who wish to file written objections and appear at the Fairness Hearing must so state at the time they file written objections. Any objections received or postmarked after the deadline may not be heard at the hearing for final approval.

8. All papers in support of Final Approval of the Agreement, including any responses by the parties to written objections, shall be filed with the court no later than five court days before the Fairness Hearing.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

9. In the event the Agreement does not become effective in accordance with the terms of the Agreement, or the Agreement is not finally approved, or is terminated, cancelled or fails to become effective for any reason, this Order shall be rendered null and void and shall be vacated, and the Parties shall revert to the their respective positions prior to entering into the Agreement.

10. The Court reserves the right to adjourn or continue the date of the Fairness Hearing and all dates provided for in the Agreement without further notice to Settlement Class Members.

11. In accordance with the above, the Court adopts the following schedule:

   a. The City of Vacaville shall cause the Notice to be published in the Vacaville Reporter and the on the internet website of the City of Vacaville no later than thirty (30) days from the date of this Order.

   b. Class members shall have the right to submit written objections or written requests to be heard at the Fairness Hearing. Any class member objections to the Agreement or requests to be heard at the Fairness Hearing must be filed with the Clerk of the Court and sent to Class Counsel by first class mail, postmarked no later than sixty (60) days from the date of this Order.

   c. All responsive papers, including statements regarding compliance with the Notice publication and mailing requirements, shall be filed no later than five (5) court days before the Fairness Hearing.

   d. The Fairness Hearing shall be held before the Honorable Morrison C. England, Jr. on November 13, 2006 at 9:00 a.m.

DATE: August 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3