UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY NYSTROM, on behalf of
himself and on behalf of all
others similarly situated,

        Plaintiffs,

   v.

CITY OF VACAVILLE and
DALE PFEIFFER, Director
of the Department of Public
Works of the City of Vacaville,
or his successor, in his
Official Capacity,

        Defendants.

NO. 2:04-cv-0330-MCE-EFB

ORDER

----oo0oo----

By Order filed August 10, 2006, this Court preliminarily determined that the Settlement Agreement between Plaintiff Gary Nystrom, as representative of the settlement class, and Defendant City of Vacaville was fundamentally fair, adequate, reasonable, and within the range of possible approval. The Court set a Fairness Hearing for November 13, 2006 and ordered any member of the settlement class, who objected to the terms of the settlement, to file written objections not later than sixty (60)

1

days following the date of the August 10, 2006 Order, or by October 10, 2006.

Plaintiff's counsel has now produced evidence that the appropriate notice, as specified in the parties' Settlement Agreement, has been provided to class members.  Despite being directed in the notice provided to register any written objections to the Settlement Agreement by October 10, 2006, and to communicate in writing any intent to appear at the Fairness Hearing not later than October 10, 2006, counsel for Plaintiff has represented that as of November 6, 2006, no objections to the settlement, or any written request to appear at the November 13, 2006 Fairness Hearing, has been made.  (Decl. of Kevin Knestrick, ¶ 5)

Given the lack of any objections to the Settlement Agreement and the fact that no class member has demanded to be heard at the time of the scheduled November 13, 2006 Fairness Hearing, said hearing is hereby vacated and adjourned.  Counsel for Plaintiff is directed to provide a final draft order for the Court's signature after obtaining approval as to the form of same from counsel for the City of Vacaville.

IT IS SO ORDERED.

DATED: November 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2